IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>      Plaintiff,<br><br>  v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>      Defendant.<br>_____/ | No. Civ. 2:08-CV-01011 JAM DAD<br><br>Order Denying Motion for<br>Temporary Restraining Order |

    The matter before the Court is Plaintiff Buena Vista Biomass Development, LLC's ("plaintiff") motion for a temporary restraining order. The Court hereby denies the motion. Plaintiff failed to make the necessary showing of immediate and irreparable injury, loss, or damage to warrant immediate injunctive relief. See Fed.R.Civ.P. 65(b). The motion is

1

1 denied without prejudice to its renewal as a motion for

2 preliminary injunction in accordance with Local Rule 65-231(d).

   IT IS SO ORDERED.

Dated:  May 15, 2008

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE