1  JOHN E. FISCHER, SBN 065792
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
2  304 "S" Street (95811-6906)
   Post Office Box 1319
3  Sacramento, California  95812-1319
   Telephone:      (916) 446-2300
4  Facsimile:      (916) 503-4000
   Email:          jfischer@murphyaustin.com
5
6  BLAKE SHEPARD, SBN 161356
   LEONARD, STREET AND DEINARD
   Professional Association
7  150 South Fifth Street, Suite 2300
   Minneapolis, MN 55204-4238
8  Telephone:      (612) 335-1500
   Facsimile:      (612) 335-1657
9  blake.shepard@leonard.com

10 Attorneys for Plaintiff
   BUENA VISTA BIOMASS DEVELOPMENT,
11 LLC

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14

15 BUENA VISTA BIOMASS                    Case No.  2:08-cv-01011-JAM-DAD
   DEVELOPMENT, LLC, a South Dakota
16 limited liability company,             **STIPULATION AND ORDER TO ELECT
                                          REFERRAL OF ACTION TO
17                Plaintiff,              VOLUNTARY DISPUTE RESOLUTION
                                          PROGRAM (VDRP) PURSUANT TO
18 v.                                     LOCAL RULE 16-271**

19 ONETO GROUP, INC., a California
20 corporation,

21                Defendant.

22

23

24

25

26

27

28

- 1 -                                    3286.001-620893.1

STIPULATION AND ORDER TO ELECT REFERRAL TO VDRP

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com

1   Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled

2   action to the Voluntary Dispute Resolution Program.

3

4   Dated: June 25, 2008                    MURPHY AUSTIN ADAMS SCHOENFELD LLP

5

6                                            By:  /s/ John E. Fischer
                                                 JOHN E. FISCHER
7                                                Attorneys for Plaintiff
                                                 BUENA VISTA BIOMASS DEVELOPMENT,
8                                                LLC

9   Dated: June 25, 2008                    CRAIGIE, MCCARTHY & CLOW

10

11                                           By:  /s/ Peter W. Craigie
                                                 PETER W. CRAIGIE
12                                               Attorneys for Defendant
                                                 ONETO GROUP, INC.
13

14

15          IT IS SO ORDERED.

16  Dated:  July 1, 2008

17                                           /s/ John A. Mendez
                                             HON. JOHN A. MENDEZ
18                                           UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO ELECT REFERRAL TO VDRP

3286.001-620893.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

PDF created with pdfFactory trial version www.pdffactory.com