JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:   (916) 446-2300
Facsimile:    (916) 503-4000
Email:         jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone:   (612) 335-1500
Facsimile:    (612) 335-1657

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>Defendant. | Case No.  2:08-cv-01011-JAM-DAD<br><br>**STIPULATION EXTENDING EXPERT DISCLOSURE AND DISCOVERY CUTOFF DATES AND ORDER** |

BUENA VISTA BIOMASS DEVELOPMENT, LLC and ONETO GROUP, INC., through their respective counsel, jointly stipulate and request that the Court enter an order extending the Expert Disclosure and Discovery Cutoff dates, currently set for December 12, 2008 and January 14, 2009, respectively, to February 16, 2009.  This stipulation and request is based on the difficulties the parties are facing completing discovery and expert preparation due to the holidays.  The parties are not requesting an extension of any of the other dates established by the

STATUS (Pre-trial Scheduling) ORDER.

Dated: December 5, 2008                    MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ John E. Fischer
    JOHN E. FISCHER
    Attorneys for Plaintiff
    BUENA VISTA BIOMASS DEVELOPMENT, LLC

Dated: December 5, 2008                    CRAIGIE, MCCARTHY & CLOW


By: /s/ Peter w. Craigie
    PETER W. CRAIGIE
    Attorneys for Defendant
    ONETO GROUP, INC.

## **ORDER**

**BASED ON THE STIPULAION AND REQUEST OF THE PARTIES**,

**IT IS ORDERED** that the dates for Expert Disclosure and Discovery Cutoff set forth in the STATUS (Pre-trial Scheduling) ORDER are extended to February 16, 2009.  All other dates in the STATUS (Pre-trial Scheduling) ORDER remain unchanged.

Dated:  December 5, 2008


/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com