JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:  jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone:  (612) 335-1500
Facsimile:  (612) 335-1657
blake.shepard@leonard.com

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>              Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>              Defendant. | Case No.  2:08-cv-01011-JAM-DAD<br><br>**STIPULATION FOR STAY OF LITIGATION ACTIVITIES AND EXTENSION OF PRETRIAL DEADLINES AND ORDER THEREONE** |

BUENA VISTA BIOMASS DEVELOPMENT, LLC and ONETO GROUP, INC., through their respective counsel, jointly stipulate and request that the Court enter an Order staying all litigation activities and extending pre-trial deadlines in the Court's June 30, 2008 Status (Pre-Trial Scheduling) Order and December 5, 2008 Order Extending Expert Disclosure and Discovery Cutoff Dates by 30 days.

PDF created with pdfFactory trial version www.pdffactory.com

The parties have entered into this Stipulation and request to give the parties time to discuss and negotiate the terms of a potential deal over the next 30 days that, if finalized, would establish the terms and a process by which Plaintiff Buena Vista would acquire from Defendant Oneto the Biomass Project at issue in this litigation. On February _, the parties executed an Exclusivity Agreement pursuant to which Buena Vista shall have the exclusive right for 30 days to negotiate and finalize with Oneto the terms of a Purchase and Sale Agreement to acquire the Biomass Project and potentially resolve the pending litigation. If a Purchase and Sale Agreement is signed the parties will request a furhter stay of litigation activities and pre-trial deadlines.

The issues involved in negotiating the Purchase and Sale Agreement are complex and require the parties' full attention and resources. The parties desire to focus their efforts on these negotiations without the distraction and cost of engaging simultaneously in depositions, discovery and motion practice. A 30-day stay of litigation activities and extension of approaching pre-trial deadlines would allow the parties to devote their full attention to these negotiations and maximize their chances of reaching a deal that may ultimately resolve the claims in this litigation.

For these reasons, the parties request that the deadlines established in the Court's Status (Pre-Trial Scheduling) Order and subsequent Order Extending Expert Disclosure Cutoff Dates be amended as follows:

1. All litigation activities in this case to be stayed for 30 days from the date of the Court's Order.

2. All dispositive motions to be filed and noticed by March 25, 2009. Such motions to be heard on or before April 22, 2009 at 9:00 a.m.

3. All discovery to be completed by March 18, 2009.

4. All expert witness disclosures under Fed. R. Civ. P. 26(a)(2) to be made by March 18, 2009. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by March 25, 2009.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

All remaining deadlines and dates established in the Court's Status (Pre-Trial) Order to remain unchanged, unless otherwise directed by the Court.

Dated: February 4, 2009         MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ John E. Fischer
JOHN E. FISCHER
Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

Dated: February 4, 2009         CRAIGIE, MCCARTHY & CLOW

By: /s/ Peter W. Craigie
PETER W. CRAIGIE
Attorneys for Defendant
ONETO GROUP, INC.

## ORDER

**BASED ON THE STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED**:

1. That all litigation activities shall be stayed for 30 days from the date of this Order in the above action;

2. That all pretrial deadlines shall be extended by 30 days as follows:

   a. All dispositive motions shall be filed and noticed by March 25, 2009. Such motions shall be heard on or before April 22, 2009 at 9:00 a.m.

   b. All discovery shall be completed by March 18, 2009.

   c. All expert witness disclosures under Fed. R. Civ. P. 26(a)(2) shall be made by March 18, 2009. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by March 25, 2009.

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    3.   All remaining deadlines and dates established in the Court's Status (Pre-Trial)
2  Order shall remain unchanged, unless otherwise directed by the Court.

4  Dated:  February 5, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

3286.001-708783.1

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com