JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone: (916) 446-2300
Facsimile: (916) 503-4000
Email: jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
blake.shepard@leonard.com

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>Defendant. | Case No. 2:08-cv-01011-JAM-DAD<br><br>**STIPULATION FOR STAY OF LITIGATION ACTIVITIES AND PRETRIAL DEADLINES AND ORDER THEREON** |

  Buena Vista Biomass Development, LLC and Oneto Group, Inc., through their respective counsel, jointly stipulate and request that the Court enter an Order staying all litigation activities and pre-trial deadlines until June 30, 2009 to allow the parties to finalize the terms of a final Purchase and Sale Agreement for sale of the Biomass Project assets at issue in this case and to allow the parties time to close the above-described transaction.

  On February 4, 2009, Buena Vista and Oneto executed an Exclusivity Agreement under

- 1 -

3286.001-727328.1

STIPULATION FOR STAY OF LITIGATION AND ORDER THEREON

which the parties agreed to negotiate in good faith a binding Purchase and Sale Agreement ("PSA") for Buena Vista's acquisition of the Biomass Project assets. Since entering into the Exclusivity Agreement, the parties have exchanged drafts of a Purchase and Sale Agreement and have agreed to a March 18, 2009 deadline to finalize and execute the Agreement. The Purchase and Sale Agreement being negotiated by the parties contemplates a June 18, 2009 closing date.

The parties are working diligently to finalize the terms of the Purchase and Sale Agreement and expect to have it finalized and executed by March 18, 2009. If the Agreement is signed by March 18, 2009 as expected, the parties will need to dedicate their full attention and resources to preparing to close the transaction by June 18, 2009. The parties desire to focus their efforts on these negotiations and preparations without the distraction and cost of engaging simultaneously in discovery, motion practice and pre-trial preparation. A stay of litigation activities and approaching pre-trial deadlines until June 30, 2009 would allow the parties to devote their full attention to the transaction and maximize the chances of closing a deal that may ultimately resolve the claims in this litigation.

For these reasons, the parties request that the Court's previous Scheduling Orders in this case be amended as follows:

1. All litigation activities in this case to be stayed until June 30, 2009.

2. All deadlines in the Court's previous Scheduling Orders, including deadlines for completing discovery, filing expert witness disclosures and filing dispositive motions and motions in limine, shall be suspended until further notice from the Court.

The parties shall notify the Court by June 30, 2009 of the status of their negotiations and closing on the Purchase and Sale Agreement. By June 30, 2009, the parties shall submit a written report to the Court regarding the status of the transaction and at that time shall either: a) submit a

///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

stipulation for dismissal of the litigation; or b) request a status conference to discuss any remaining issues for resolution in this case and an appropriate schedule for resolving any remaining issues.

Dated: March 13, 2009      MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ John E. Fischer
JOHN E. FISCHER
Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

Dated: March 12, 2009      CRAIGIE, MCCARTHY & CLOW

By: /s/ Peter W. Craigie
PETER W. CRAIGIE
Attorneys for Defendant
ONETO GROUP, INC.

## **ORDER**

**BASED ON THE STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED:**

1. All litigation activities in this case are stayed until June 30, 2009.

2. All deadlines in the Court's previous Scheduling Orders, including deadlines for completing discovery, filing expert witness disclosures and filing dispositive motions and motions in limine, shall be suspended until further notice from the Court.

3. The parties shall notify the Court by June 30, 2009 of the status of their negotiations and closing on the Purchase and Sale Agreement. By June 30, 2009, the parties shall submit a written report to the Court regarding the status of the transaction and at that time shall either: a) submit a stipulation for dismissal of the litigation; or b) request a status conference to

PDF created with pdfFactory trial version www.pdffactory.com

discuss any remaining issues for resolution in this case and an appropriate schedule for resolving any remaining issues.

Dated: March 16, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com