JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:   (916) 446-2300
Facsimile:   (916) 503-4000
Email:       jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone:   (612) 335-1500
Facsimile:   (612) 335-1657
blake.shepard@leonard.com

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>Defendant. | Case No.  2:08-cv-01011-JAM-DAD<br><br>**JOINT STATUS REPORT, STIPULATION FOR EXTENSION OF STAY OF LITIGATION ACTIVITIES AND PRETRIAL DEADLINES AND ORDER THEREON** |

Buena Vista Biomass Development, LLC and Oneto Group, Inc., through their respective counsel, file this Status Report with the Court and jointly stipulate and request that the Court enter an Order extending the stay of all litigation activities and pre-trial deadlines from the current date of June 30, 2009 to August 4, 2009 to allow the parties additional time to finalize and close on their Purchase and Sale Agreement for sale of the Biomass Project assets at issue in this case.

On February 4, 2009, Buena Vista and Oneto executed an Exclusivity Agreement under

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

which the parties agreed to negotiate in good faith a binding Purchase and Sale Agreement ("PSA") for Buena Vista's acquisition of the Biomass Project assets.  Since entering into the Exclusivity Agreement, the parties finalized the terms of the Purchase and Sale Agreement and it was executed on April 9, 2009.  The Purchase and Sale Agreement contemplated a closing by June 30, 2009 and in any event no later than July 8, 2009 and further provided that the parties would stipulate to stay all litigation activities and extend all litigation activities to June 30, 2009.  The Purchase and Sale Agreement also provided that the parties could agree to extend the closing date and also to extend the litigation stay.  The parties have been working diligently toward closing but agree that additional time is needed for closing to occur.  The parties have verbally agreed to extend the closing date to August 4, 2009 and a First Amendment to the Purchase and Sale Agreement extending the closing date from June 30, 2009 to August 4, 2009 is being circulated between the parties.  In order for the parties to continue to focus their efforts on their preparations for closing without the distraction and cost of engaging simultaneously in discovery, motion practice and pre-trial preparation, the parties have stipulated to extend the stay on litigation activities and approaching pre-trial deadlines from June 30, 2009 to August 4, 2009.

For these reasons, the parties request that the Court's previous Scheduling Orders in this case be amended as follows:

1. All litigation activities in this case to be stayed until August 4, 2009.

2. All deadlines in the Court's previous Scheduling Orders, including deadlines for completing discovery, filing expert witness disclosures and filing dispositive motions and motions in limine, shall be suspended until further notice from the Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Murphy Austin Adams Schoenfeld LLP
Attorneys At Law

PDF created with pdfFactory trial version www.pdffactory.com

The parties shall notify the Court by August 4, 2009 of the status of their negotiations and closing on the Purchase and Sale Agreement. By August 4, 2009, the parties shall submit a written report to the Court regarding the status of the transaction and at that time shall either: a) submit a stipulation for dismissal of the litigation; or b) request a status conference to discuss any remaining issues for resolution in this case and an appropriate schedule for resolving any remaining issues.

Dated: June 26, 2009                         MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ John E. Fischer
    JOHN E. FISCHER
    Attorneys for Plaintiff
    BUENA VISTA BIOMASS DEVELOPMENT, LLC

Dated: June 26, 2009                         CRAIGIE, MCCARTHY & CLOW


By: /s/ Peter W. Craigie
    PETER W. CRAIGIE
    Attorneys for Defendant
    ONETO GROUP, INC.

## **ORDER**

**BASED ON THE STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED:**

1. All litigation activities in this case are stayed until August 4, 2009.

2. All deadlines in the Court's previous Scheduling Orders, including deadlines for completing discovery, filing expert witness disclosures and filing dispositive motions and motions in limine, shall be suspended until further notice from the Court.

3. The parties shall notify the Court by August 4, 2009 of the status of their negotiations and closing on the Purchase and Sale Agreement. By August 4, the parties shall submit a written report to the Court regarding the status of the transaction and at that time shall

PDF created with pdfFactory trial version www.pdffactory.com

either:  a) submit a stipulation for dismissal of the litigation; or b) request a status conference to discuss any remaining issues for resolution in this case and an appropriate schedule for resolving any remaining issues.

Dated:  June 30, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com