JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:           jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone:     (612) 335-1500
Facsimile:      (612) 335-1657
blake.shepard@leonard.com

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>Defendant. | Case No.  2:08-cv-01011-JAM-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION TO FILE STATUS REPORT** |

Buena Vista Biomass Development, LLC and Oneto Group, Inc., through their respective counsel, are hereby requesting a one week extension to file a Status Report with the Court and jointly stipulate and request that the Court enter an Order extending the date for filing the Status Report from the current date of August 4, 2009 to August 11, 2009.  This extension will allow the parties time for an additional meeting concerning the Purchase and Sale Agreement for sale of the Biomass Project assets prior to filing the Status Report.

1   On February 4, 2009, Buena Vista and Oneto executed an Exclusivity Agreement under which the parties agreed to negotiate in good faith a binding Purchase and Sale Agreement ("PSA") for Buena Vista's acquisition of the Biomass Project assets.  Since entering into the Exclusivity Agreement, the parties finalized the terms of the Purchase and Sale Agreement and it was executed on April 9, 2009.  The Purchase and Sale Agreement contemplated a closing by June 30, 2009 and in any event no later than July 8, 2009 and further provided that the parties would stipulate to stay all litigation activities and extend all litigation activities to June 30, 2009.  The Purchase and Sale Agreement also provided that the parties could agree to extend the closing date and also to extend the litigation stay.  The parties closing date was extended to August 4, 2009.  By order of the court on June 30, 2009, the stay on litigation activities and approaching pre-trial deadlines was extended from June 30, 2009 to August 4, 2009 and the parties were to file a Status Report on August 4, 2009.  However, the parties have a meeting scheduled for August 5, 2009, are therefore requesting a one week extension to August 11, 2009 to file the Status Report.

For these reasons, the parties request that the Court grant an extension to and including August 11, 2009 for the parties to file a Status Report.

Dated: June 26, 2009                MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ John E. Fischer
    JOHN E. FISCHER
    Attorneys for Plaintiff
    BUENA VISTA BIOMASS DEVELOPMENT, LLC

Dated: June 26, 2009                CRAIGIE, MCCARTHY & CLOW


By: /s/ Peter W. Craigie
    PETER W. CRAIGIE
    Attorneys for Defendant
    ONETO GROUP, INC.

- 2 -

3286.001-793768.1

STIPULATION AND ORDER FOR EXTENSION TO FILE STATUS REPORT,  2:08-CV-01011-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

**BASED ON THE STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED:**

1.    The parties shall notify the Court by August 11, 2009 of the status of their negotiations and closing on the Purchase and Sale Agreement. By August 11, the parties shall submit a written report to the Court regarding the status of the transaction.

Dated: August 4, 2009

          /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com