JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:   (916) 446-2300
Facsimile:    (916) 503-4000
Email:         jfischer@murphyaustin.com

BLAKE SHEPARD, SBN 161356
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55204-4238
Telephone:   (612) 335-1500
Facsimile:    (612) 335-1657
blake.shepard@leonard.com

Attorneys for Plaintiff
BUENA VISTA BIOMASS DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUENA VISTA BIOMASS DEVELOPMENT, LLC, a South Dakota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ONETO GROUP, INC., a California corporation,<br><br>Defendant. | Case No.  2:08-cv-01011-JAM-DAD<br><br>**STIPULATION FOR FURTHER EXTENSION OF STAY OF LITIGATION ACTIVITIES AND PRETRIAL DEADLINES AND ORDER THEREON** |

Buena Vista Biomass Development, LLC and Oneto Group, Inc., through their respective counsel, jointly stipulate and request that the Court enter an Order further extending the stay of all litigation activities and pre-trial deadlines from the current date to October 19, 2009 to allow the parties additional time to finalize and close on their Purchase and Sale Agreement for sale of the Biomass Project assets at issue in this case.

PDF created with pdfFactory trial version www.pdffactory.com

On February 4, 2009, Buena Vista and Oneto executed an Exclusivity Agreement under which the parties agreed to negotiate in good faith a binding Purchase and Sale Agreement ("PSA") for Buena Vista's acquisition of the Biomass Project assets.  Since entering into the Exclusivity Agreement, the parties finalized the terms of the Purchase and Sale Agreement and it was executed on April 9, 2009.  The Purchase and Sale Agreement contemplated a closing by June 30, 2009 and in any event no later than July 8, 2009 and further provided that the parties would stipulate to stay all litigation activities and extend all litigation activities to June 30, 2009. The Purchase and Sale Agreement also provided that the parties could agree to extend the closing date and also to extend the litigation stay.  The parties have been working diligently toward closing but agree that additional time is needed for closing to occur.  The parties agreed to an initial extension of the closing date to August 4, 2009 and submitted a Stipulation and Order to that effect which was entered on June 30, 2009.  As a result of ongoing negotiations, the parties requested, and the Court granted, three additional extensions, one to August 11, 2009, one to August 31, 2009, and one to September 14, 2009.  Negotiations are still ongoing and, as a result, the parties have agreed to further extend the closing date to September 21, 2009.  In order for the parties to continue to focus their efforts on the closing without the distraction and cost of engaging simultaneously in discovery, motion practice and pre-trial preparation, the parties have stipulated to extend the stay on litigation activities and approaching pre-trial deadlines to October 19, 2009.  The parties have selected this date, which is three weeks after the projected closing date, in an effort to allow them, if necessary, to extend the closing date again without the need to request an additional extension from the Court.

For these reasons, the parties request that the Court's previous Scheduling Orders in this case be amended as follows:

1. All litigation activities in this case to be stayed until October 19, 2009.

2. All deadlines in the Court's previous Scheduling Orders, including deadlines for completing discovery, filing expert witness disclosures and filing dispositive motions and motions in limine, shall be suspended until further notice from the Court.

The parties shall notify the Court on or before October 19, 2009 of the status of their

Murphy Austin Adams Schoenfeld LLP
Attorneys At Law

PDF created with pdfFactory trial version www.pdffactory.com

1  negotiations and closing on the Purchase and Sale Agreement.  On or before October 19, 2009,
2  the parties shall submit a written report to the Court regarding the status of the transaction and at
3  that time shall either:  a) submit a stipulation for dismissal of the litigation; or b) request a status
4  conference to discuss any remaining issues for resolution in this case and an appropriate schedule
5  for resolving any remaining issues.

6  Dated: September 14, 2009          MURPHY AUSTIN ADAMS SCHOENFELD LLP

8                                     By:        /s/ JOHN E. FISCHER
9                                        JOHN E. FISCHER
                                         Attorneys for Plaintiff
10                                       BUENA VISTA BIOMASS DEVELOPMENT, LLC

11  Dated: September 14, 2009          CRAIGIE, MCCARTHY & CLOW

13                                     By:        /s/ PETER W. CRAIGIE
                                          PETER W. CRAIGIE
14                                        Attorneys for Defendant
                                          ONETO GROUP, INC.

17                                    **ORDER**

18  **BASED ON THE STIPULATION AND REQUEST OF THE PARTIES, IT IS**
19  **ORDERED:**

20    1.   All litigation activities in this case are stayed until October 19, 2009.

21    2.   All deadlines in the Court's previous Scheduling Orders, including deadlines for
22  completing discovery, filing expert witness disclosures and filing dispositive motions and
23  motions in limine, shall be suspended until further notice from the Court.

24    3.   The parties shall notify the Court on or before October 19, 2009 of the status of
25  their negotiations and closing on the Purchase and Sale Agreement.  On or before October 19,
26  2009, the parties shall submit a written report to the Court regarding the status of the transaction
27  and at that time shall either:  a) submit a stipulation for dismissal of the litigation; or b) request a
28  status conference to discuss any remaining issues for resolution in this case and an appropriate

- 3 -                                                                              3286.001-811294.1

PDF created with pdfFactory trial version www.pdffactory.com

1  schedule for resolving any remaining issues.

2

3  Dated: September 15, 2009            /s/ John A. Mendez
                                        JOHN A. MENDEZ
4                                       United States District Court Judge

- 4 -

3286.001-811294.1

STIPULATION FOR FURTHER EXTENSION OF STAY, CASE NO. 2:08-CV-01011-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com